IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| CHARLES THOMAS BRACE, | ) Civil Action No. 0:09-00784-DCN-PJG |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's unopposed Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42. U.S.C. § 405(g), and good cause appearing therefor, the Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the cause to the Commissioner for further administrative proceedings.

On remand, the ALJ shall further consider the opinions of Drs. Ward, Hopkins, and Weston; evaluate Plaintiff's credibility; re-evaluate Plaintiff's residual functional capacity; and, if necessary, obtain supplemental vocational expert testimony.

AND IT IS SO ORDERED.

David C. Norton
Chief United States District Judge

December 11, 2009

Columbia, South Carolina.